Hon. Robert J. Bryan
U.S. District Court Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| SHANI BERRY, and GERALD R. TARUTIS, as guardian ad litem for minor, A.B., <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., and SPAULDING LIGHTING, <br><br> Defendants. | CASE NO. C12-5076 RJB <br><br> **ORDER AUTHORIZING THE GUARDIAN AD LITEM, TO RETAIN COUNSEL** |

This matter came before the court upon motion of the Guardian ad Litem for AB to retain counsel to represent his interest and through him, the interest of AB, a minor child. The court considered the pleadings in this action and the court's prior order authorizing the Guardian ad Litem to seek such authority.

Based upon the report of the Guardian ad Litem and the facts as set forth in the motion, the court finds that there is a necessity to authorize the Guardian ad Litem to retain counsel and to proceed with the litigation of the matters in the above captioned matter.

ORDER AUTHORIZING THE GUARDIAN
AD LITEM TO RETAIN COUNSEL - 1

LAW OFFICES
TARUTIS & BRUNSTROM, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325

Based upon the above finding, **It is Ordered** that Gerald R. Tarutis, Guardian ad Litem, is authorized to retain Daniel Gordy as his counsel to represent the interest of AB, the minor child, and to proceed with further adjudication of the matters presented by this action.

Dated:  October 5, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

TARUTIS & BRUNSTROM, P.S.

s/ Gerald R. Tarutis
Gerald R. Tarutis, WSBA No.4599
9750 Third Avenue NE, Suite 375
Seattle, WA 98115
Telephone: (206) 223-1515
Fax: (206) 223-1325
E-mail:  GTarutis@TandBLawyers.com
Guardian ad Litme

**ORDER AUTHORIZING THE GUARDIAN AD LITEM TO RETAIN COUNSEL - 2**

LAW OFFICES
TARUTIS & BRUNSTROM, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325